JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
ALIX R. GOLDSTEIN, ESQ.
Nevada Bar No. 16540
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Email:  joel.tasca@gtlaw.com
          alix.goldstein@gtlaw.com

*Attorneys for First Premier Bank*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ventzislava Stankova,<br><br>                         Plaintiff,<br><br>          v.<br><br>Trans Union LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and First Premier Bank,<br><br>                         Defendants. | Case No. 2:25-cv-00415-CDS-DJA<br><br>**JOINT MOTION** ~~**STIPULATION**~~ **AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br>(FIRST REQUEST) |

Plaintiff Ventzislava Stankova and Defendant First Premier Bank ("First Premier"), by and through their respective counsel, stipulate and agree to an extension of time for First Premier to respond to the Complaint to allow it time to further investigate plaintiff's allegations and for the parties to explore potential resolution. Accordingly, pursuant to LR IA 6-1 and 6-2, it is hereby stipulated and agreed to by counsel that First Premier's time to respond to the Complaint is extended from March 31, 2025, to April 30, 2025. This is First Premier's first request to extend time to respond to the complaint, and this stipulation is filed in good faith and not intended to cause delay.

/ / /

/ / /

/ / /

1

ACTIVE 709081357v1

**IT IS SO STIPULATED.**

DATED this 28th day of March 2025.              DATED this 28th day of March 2025.

**GREENBERG TRAURIG, LLP**                      **FREEDOM LAW FIRM**


  */s/ Alix Goldsgtein*                           */s/Gerardo Avalos*
JOEL E. TASCA, ESQ.                             GEORGE HAINES, ESQ.
Nevada Bar No. 14124                            Nevada Bar No. 9411
ALIX R. GOLDSTEIN, ESQ.                         GERARDO AVALOS, ESQ.
Nevada Bar No. 16540                            Nevada Bar No. 15171
10845 Griffith Peak Drive, Ste. 600             8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89135                         Las Vegas, Nevada 89123
*Attorney for First Premier Bank*               *Attorneys for Plaintiff Ventzislava Stankova*

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 7). IT IS SO ORDERED.

_____
**HONORABLE DANIEL J. ALBREGTS**
**UNITED STATES MAGISTRATE JUDGE**

DATED: 3/31/2025

ACTIVE 709081357v1